# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| PICO BYTE SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ASUS COMPUTER INTERNATIONAL <br><br> Defendants. | Case No. 6-16-cv-00939-RWS-JDL <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT
## ASUS COMPUTER INTERNATIONAL

PLEASE TAKE NOTICE THAT Daniel W. Bedell, California State Bar No. 254912, of Amin Turocy & Watson LLP hereby enters his appearance as counsel of record for Defendant ASUS COMPUTER INTERNATIONAL in the above captioned matter.

Dated: August 1, 2016

Respectfully Submitted,

/s/Daniel W. Bedell
Vinay V. Joshi (**Lead**)
vjoshi@atwiplaw.com
Daniel W. Bedell
dbedell@atwiplaw.com
Amin Turocy & Watson LLP
160 West Santa Clara Street
Suite 975
San Jose CA 95113
Telephone: (650) 618-6481
Facsimile: (216) 696-8731

*Attorneys for Defendant*
*ASUS Computer International*

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on this 1st day of August, 2016, with a copy of this email via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Daniel W. Bedell*
Daniel W. Bedell